COURT OF 
APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 
2-04-375-CV
  
  
IN 
THE INTEREST OF T.B.B., A CHILD
  
  
------------
FROM 
THE 30TH DISTRICT COURT OF WICHITA COUNTY
------------
MEMORANDUM OPINION[1] AND JUDGMENT
----------
        We 
have considered appellant’s “Motion For Dismissal Of Direct Appeal.”  
It is the court's opinion that the motion should be granted; therefore, we 
dismiss the appeal.  See TEX. 
R. APP. P. 42.1(a)(1), 43.2(f).
        Appellant 
shall pay all costs of this appeal, for which let execution issue.
   
                                                                  PER 
CURIAM
  
 
PANEL 
D:   CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.
 
DELIVERED: 
January 27, 2005


NOTES
1.  
See Tex. R. App. P. 47.4.